**TASKS PERFORMED BY TRUSTEE**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs.  The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets. Debtor had surplus funds from a foreclosure in the amount of $19,100.00. Funds from the foreclosure were turned over to the Trustee after the payment of the debtor's exemption. After payment of Chapter 7 administrative expenses a priority claim for child support arrears will receive a distribution of 53.63%.

4. The Trustee attended to tax issues concerning the estate.

5. The Trustee reviewed the claims filed in this case.

Exhibit A