**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CRUZ, MIGUEL | ) | |
| | ) | CASE NO. 06 B 13044 |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**AMENDED NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 S. Dearborn, Courtroom 682
    Chicago, Illinois 60604

    on: **August 28, 2008**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $     11,721.22

    b. Disbursements                           $         33.61

    c. Net Cash Available for Distribution$   11,687.61

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $  0.00 | $ 1,922.12 | $ |
| Trustee | $  0.00 | $ | $   99.82 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,026.13 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 53.62%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Illinois Dept of Healthcare | $ 18,026.13 | $   9,665.67 |

6.  Claims of general unsecured creditors totaling $75,233.65, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee

    may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.   Debtor has been discharged.

10.  The Trustee proposed to abandon the following property at the hearing:

Dated:  **August 6, 2008**    For the Court,

    By:  **KENNETH S. GARDNER**
         Kenneth S. Gardner
         Clerk of the United States Bankruptcy Court
         219 S. Dearborn Street, 7th Floor
         Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

06-13044    Doc 27    Filed 08/06/08    Entered 08/09/08 00:39:18    Desc Imaged
Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Aug 06, 2008
Case: 06-13044                 Form ID: pdf002          Total Served: 27

The following entities were served by first class mail on Aug 08, 2008.
db          +Miguel Cruz,    1953 S. 55th Court,   #4,    Cicero, IL 60804-2201
aty         +Charles N Therman,    Law Office Of Charles N Therman, LTD,    Executive Towers,
              5901 N Cicero Ave,   Suite 600,    Chicago, IL 60646-5721
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,   420 Clayton Street,    Waukegan, IL 60085-4216
11145117     American Express Centurion Bank,     c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10959027    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
10959028    +Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
10959017   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,   2ND FL,    DENVER CO 80237-3408
             (address filed with court: Collect America Ltd,    370 17th St Ste 5000,    Denver, CO 80202)
11149215   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,   2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACV Of Colorado, LLC,    370 17th St., Ste 5000,    Denver, CO 80202)
10959029    +Cap One Bk,    Po Box 85520,   Richmond, VA 23285-5520
10959030    +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
10959031    +Chase Na,   100 Duffy Ave,    Hicksville, NY 11801-3636
10959032    +Child Support Enforcem,    509 S 6th St,    Springfield, IL 62701-1825
10959033    +Citi,   Po Box 6003,   Hagerstown, MD 21747-6003
10959018    +Family Medical & Chiropractic,    4009 W. Fullerton Ave.,    Chicago, IL 60639-2103
10959019    +G M A C,    PO Box  901009,    Ft Worth TX 76101-2009
10959020    +H&f Law,    33 N Lasalle,    Chicago, IL 60602-2603
10959021     ICS Collection Service,    PO Box 646,    Oak Lawn, IL 60454-0646
10959022    +Ildptpubaid,    509 S. 6th Street,    Springfield, IL 62701-1825
11160558    +Illinois Dept of Healthcare,    and Family Services /MRU,   PO Box 19405,
              Springfield, IL 62794-9405
10959024    +Resurgence Financial, LLC,    4100 Commercial Ave,    Northbrook, IL 60062-1833
10959025    +Unifund Corp/oh,    11802 Conrey Rd,    Cincinnati, OH 45249-1074
10959026    +Us Bk Rms Cc,    205 W 4th St,    Cincinnati, OH 45202-2685

The following entities were served by electronic transmission on Aug 07, 2008.
10959016    +E-mail/Text: collect@arspif.com                            Acct Rec Svc,   3031 N 114th St,
              Milwaukee, WI 53222-4218
11188656     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance LLC,
              Assignee Fleet Bank,    Po Box 2036,    Warren MI 48090-2036
11127629     E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10959023    +E-mail/Text: resurgentbknotifications@resurgent.com                            Lvnv Funding,
              Po Box 740281,    Houston, TX 77274-0281
12071383     E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2008 04:06:06
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11146157*    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11188659*   +Asset Acceptance LLC,    Assignee Fleet Bank,   Po Box 2036,    Warren MI 48090-2036
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2008**                **Signature:** *Joseph Speetjens*