# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-13044 JBS | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | CRUZ, MIGUEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****38-65 - Money Market Account |
| Taxpayer ID #: | 13-7547430 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/16/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/06 | {1} | Law Offices of Charles N. Therman | Funds from his clients foreclosure less homestead. | 1149-000 | 11,623.45 | | 11,623.45 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.54 | | 11,625.99 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.38 | | 11,633.37 |
| 12/29/06 | | JP Morgan Chase | Backup WIthholding | 2810-000 | | 2.06 | 11,631.31 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.75 | | 11,639.06 |
| 01/31/07 | | Chase Bank | backup withholding | 2990-000 | | 2.17 | 11,636.89 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-13044<br>Voided on 02/08/07 | 2300-003 | | 15.85 | 11,621.04 |
| 02/08/07 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-13044<br>Voided: check issued on 02/08/07 | 2300-003 | | -15.85 | 11,636.89 |
| 02/08/07 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2007 FOR CASE #06-13044, Bond #016026455 | 2300-000 | | 15.85 | 11,621.04 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.79 | | 11,626.83 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.20 | | 11,633.03 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.41 | | 11,639.44 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.42 | | 11,645.86 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.01 | | 11,651.87 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.63 | | 11,658.50 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.43 | | 11,664.93 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.81 | | 11,670.74 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.85 | | 11,677.59 |

Subtotals :   $11,697.67   $20.08

{} Asset reference(s)                                         EXHIBIT B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 06-13044 JBS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | CRUZ, MIGUEL | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****38-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7547430 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/16/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 6.07 | | 11,683.66 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 5.95 | | 11,689.61 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 5.34 | | 11,694.95 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 2.39 | | 11,697.34 |
| 03/24/08 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #06-13044 | 2300-000 | | 13.53 | 11,683.81 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.17 | | 11,685.98 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.63 | | 11,687.61 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.46 | | 11,689.07 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.48 | | 11,690.55 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.48 | | 11,692.03 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.39 | | 11,693.42 |
| 09/02/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.14 | | 11,693.56 |
| 09/02/08 | | To Account #*********3866 | In Preparation of Distribution Report | 9999-000 | | 11,693.56 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,727.17 | 11,727.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,693.56 | |
| | | | **Subtotal** | | 11,727.17 | 33.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,727.17** | **$33.61** | |

{} Asset reference(s)                                                                                                                                        Printed: 12/16/2008 10:19 AM     V.10.54

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| **Case Number:** | 06-13044 JBS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | CRUZ, MIGUEL | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****38-66 - Checking Account |
| **Taxpayer ID #:** | 13-7547430 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/16/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/08 | | From Account #********3865 | In Preparation of Distribution Report | 9999-000 | 11,693.56 | | 11,693.56 |
| 09/02/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,922.42, Trustee Compensation;  Reference: | 2100-000 | | 1,922.42 | 9,771.14 |
| 09/02/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $99.82, Trustee Expenses;  Reference: | 2200-000 | | 99.82 | 9,671.32 |
| 09/02/08 | 103 | Illinois Dept of Healthcare | Dividend paid  53.65% on $18,026.13; Claim# 7; Filed: $18,026.13; Reference: C01226116 | 5100-000 | | 9,671.32 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,693.56 | 11,693.56 | $0.00 |
| Less: Bank Transfers | 11,693.56 | 0.00 | |
| **Subtotal** | 0.00 | 11,693.56 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$11,693.56** | |

| Net Receipts : | 11,727.17 |
|---|---|
| Net Estate : | $11,727.17 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****38-65** | 11,727.17 | 33.61 | 0.00 |
| **Checking # ***-*****38-66** | 0.00 | 11,693.56 | 0.00 |
| | $11,727.17 | $11,727.17 | $0.00 |

{} Asset reference(s)                                                                                                                                                       Printed: 12/16/2008 10:19 AM    V.10.54